**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BAKER HUGHES ENERGY SERVICES, LLC
and GENERAL ELECTRIC COMPANY,

                          Plaintiffs,

    -against-                                     23 **CIVIL** 9823 (LLS)

                                                   **JUDGMENT**

TURBINE POWERED TECHNOLOGY, LLC,

                          Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 21, 2024, Defendant's Motion to Dismiss is granted for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

**Dated:** New York, New York

     March 21, 2024

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                            **BY:**     *K. Mango*

                                                           **Deputy Clerk**